Lawrence Wong SBN 80852
Loan Hinh SBN 234764
Travis Reynolds SBN 246280
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   (510) 451-2124
Facsimile:    (510) 451-2448

SPECIALLY APPEARING FOR
Defendants

KALIFA YAHYA MOHAMED,
KHALED MOHAMED, SALEH
YAHYA MOHAMED, and RAMZEY
MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>YAHYA A. MOHAMED et al.,<br><br>Defendants. | Case No.  C-06-04578-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT AND TO QUASH SERVICE**<br><br>Date:   July 20, 2007<br>Time:  10:00 AM<br>Court: Hon. Charles R. Breyer |

The Undersigned parties, by their respective attorneys of record, HEREBY STIPULATE to continue the date for the hearing on Defendants' motion to set aside the defaults, set aside default judgment and to quash service, scheduled for June 29, 2007, at 2:30 PM to July 20, 2007.

JUN-26-2007  16:08                                                                                           P.01/01

Case 3:06-cv-04578-CRB   Document 51   Filed 06/27/07   Page 2 of 2

**SO STIPULATED**

Dated: June 22, 2007

WONG & ASSOCIATES

_____
Loan Hinh, Esq.
Lawrence Wong, Esq.
Travis Reynolds, Esq.
SPECIALLY APPEARING FOR
Defendants
KALIFA YAHYA MOHAMED, KHALED
MOHAMED, SALEH YAHYA MOHAMED, and
RAMZEY MOHAMED

Dated: June 22, 2007

_____
Cynthia Stier, Esq.
Assistant United States Attorney
Tax Division

**PURSUANT TO STIPULATION, SO ORDERED.**

Dated: June 27, 2007

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

WONG & ASSOCIATES
ATTORNEYS AT LAW
415 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2912

2

Stipulation to Continue Hearing
C-06-04578-CRB

TOTAL P.01