| | |
|---|---|
| 1 | SCOTT SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California  94102 |
| 6 |   Telephone: (415) 436-7000 |
| 7 | Attorneys for United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | No. C-06-04578-CRB |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATION RE: MOTION TO** |
| v. ) | **SET ASIDE DEFAULT AND** |
| ) | **DEFAULT JUDGMENT** |
| ) | **AND QUASH SERVICE AND** |
| **YAHYA A. MOHAMED et al.,** ) | [~~PROPOSED~~] **ORDER** |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |

  This matter came before the Court for hearing on the Motion by Defendants Kalifa Yahya Mohamed, Khaled Mohamed, Saleh Yahya Mohamed and Ramzey Mohamed to Set Aside Default and Amended Default Judgment entered against them and to Quash Service of Process upon them.  Pursuant to the Stipulation by the parties in open court, the parties agree, subject to the Court's approval, as follows:

   1.   This is an action by the United States to foreclose its federal tax lien on real property located at 933 Mandela Way a/k/a Cypress Street, Oakland, California ("Mandela Property") and 1334 Peralta Street, Oakland, California ("Peralta Property") and for a personal judgment against Defendants Yahya A. Mohamed and Dahaiba S.Mohamed a/k/a Dahaba S. Mohamed

   2.   An Amended Default Judgment was entered against Defendants Yahya A.

Mohamed, Dahaiba S.Mohamed a/k/a Dahaba S. Mohamed, Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed.

3. Defendants Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed have moved to set aside the default and amended default judgments entered against them and to quash service of process.

4. Defendants, Kalifa Yahya Mohamed and Saleh Mohamed, are minors. Because these defendants are minors, Default Judgment against them is vacated pursuant to Rule 55(b)(2) of the Fed.R.Civ. P. The resultant Amended Default Judgment entered against Defendants Kalifa Yahya Mohamed and Saleh Mohamed is void pursuant to Rule 60(b)(4).

5. Defendants Ramzey Mohamed and Khaled Mohamed cannot be served within the State of California, or will not voluntarily appear, and therefore personal jurisdiction over these Defendants cannot be obtained with reasonable efforts by service of a summons in accordance with Rule 4 of the Fed.R.Civ.P. The Amended Default Judgment entered against these Defendants is void pursuant to Rule 60(b)(4).

6. The parties stipulate and agree that the Motion to Quash Service of Process is moot because the judgment is void pursuant to Rule 60(b)(4).

7. The parties stipulate to the entry of an Order pursuant to 28 U.S.C. §1655, directing Defendants, Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed, and any and all other parties claiming an interest in the Mandela Property and/or the Peralta Property to appear or plead by a day certain.

8. The parties agree that personal service is not practicable upon these four defendants, Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed, and therefore the Order referred to in paragraph 7 above shall be published in Alameda County, California, the county where the Peralta

Property and the Mandela Property are located. Such publication shall allow these Defendants and any other party claiming an interest in the Peralta Property and/or the Mandela Property to satisfy their claims therefore. Publication should be made in a newspaper of general circulation in Alameda County, California.

IT IS SO STIPULATED:

SCOTT SCHOOLS
United States Attorney

DATED: June 23, 2007                    /s/ Cynthia Stier
CYNTHIA L. STIER
Assistant United States Attorney
Attorney for the United States of America

WONG & ASSOCIATES

DATED: June 23, 2007                    /s/ Travis Reynolds
TRAVIS REYNOLDS
Attorney for Defendants
(510)451-2124

//

//

Stipulation Re: Motion to Set Aside Default
and Default Judgment and Quash Service
and [Proposed] Order,
Case No. C-06-04578-CRB                    3

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1. The default and default judgment against Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed is set aside pursuant to Rule 60(b)(4) of the Fed.R.Civ.P.

2. Pursuant to the Stipulation of the parties, the Motion to Quash Service of Process is moot.

3. Defendants Kalifa Yahya Mohamed, Saleh Yahya Mohamed, Khaled Mohamed and Ramzey Mohamed have shown that personal jurisdiction over them cannot be obtained with reasonable efforts in this district in a manner authorized by Rule 4 of the Fed.R.Civ.P. Therefore, pursuant to Rule 4(n) of the Fed.R.Civ.P., this Court asserts jurisdiction over the two parcels of real property at issue in this action, located at 933 Mandela Way a/k/a Cypress Street, Oakland, California ("Mandela Property") and 1334 Peralta Street, Oakland, California ("Peralta Property").

4. Pursuant to 28 U.S.C. §1655, the United States shall publish notice of the lawsuit in the county where the Peralta Property and Mandela Property are located. Such publication shall allow the parties claiming an interest in the Peralta Property and the Mandela Property to satisfy their claims therefore. Publication should be made for six consecutive weeks in a newspaper of general circulation in Alameda County, California, the area in which Peralta Property and the Mandela Property are located.

Dated: July 24, 2007



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Stipulation Re: Motion to Set Aside Default
and Default Judgment and Quash Service
and [Proposed] Order,
Case No. C-06-04578-CRB