| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>11th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. C-06-04578-CRB |
| v. | ) | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| YAHYA A. MOHAMED et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, United States of America, and Defendants, Yahya A. Mohamed, Dahaiba Mohamed aka Dahaba Mohamed, Kalifa Yahya Mohamed, Khaled Mohamed, Saleh Yahya Mohamed and Ramzey Mohamed, and Metropolitan Bank, as reflected by the signatures of their respective counsel as set forth below:

1. That Plaintiffs, Yahya A. Mohamed and Dahaiba Mohamed, and the United States have entered into a settlement which resolves all pending matters in this action between Defendants, Yahya A. Mohamed, Dahaiba Mohamed aka Dahaba Mohamed, Kalifa Yahya Mohamed, Khaled Mohamed, Saleh Yahya Mohamed, Ramzey Mohamed and the United States of America.

2. That this action, be dismissed with prejudice, each party to bear their respective costs,

1  including any possible attorneys' fees or other expenses of this litigation.

3  IT IS SO STIPULATED:

                MELINDA HAAG
                United States Attorney

Dated: _7/5/11_ :       _/s/ Cynthia Stier_
                CYNTHIA STIER
                Assistant U.S. Attorney
                Attorneys for the United States of America

Dated: _7/5/11_ :       _/s/ Michael Mutalipassi_
                MICHAEL MUTALIPASSI
                Wong & Associates
                413 Third Street
                Oakland, CA 94607
                (510)451-2124
                  Attorney for Defendants, Yahya
                  Mohamed, Dahaiba Mohamed, Kalifa
                  Yahya Mohamed, Khaled Mohamed,
                  Saleh Yahya Mohamed and Ramzey
                  Mohamed

Dated: _6/29/11_ :       /s/ Jeffrey Nelson
                JEFFREY STEVEN NELSON
                Fidelity National Title Insurance Co.
                100 N. Wiget Lane, Suite 150
                Walnut Creek, CA 94598
                (925) 930-9550

## ORDER

Upon the stipulation of all parties to these proceedings, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED and DECREED that this action is hereby dismissed with prejudice, each party to bear their own costs, including any attorney fees.

**ORDERED** this __8th__ day of _____ July __, 2011, at San Francisco, California.

Dated:  July 8, 2011         _____
                  HONORABLE CHARLES R. BREYER
                  UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and
and [Proposed] Order,
Case No. C-06-04578-CRB

2